UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:23-mj-87

**Gene A. Scott**

COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 2/10/2023 at 2:00pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Liz Geraghty |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | |
| INTERPRETER: | | Pretrial/Probation | |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft retained Pete Scranton
-Detention Hearing set for February 15, 2023 at 2:00pm; Preliminary Hearing set for February 24, 2023 at 1:30pm
-Dft remanded to custody of United States Marshal Service