UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:23-mj-87

**Gene A. Scott.**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 2/15/2023 at 2pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Liz Geraghty |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Peter Scranton |
| INTERPRETER: | | PRETRIAL/PROBATION: | Leticia Vazquez Villa |

Hearing Type: Detention Hearing

The Court finds there are no conditions of release that would reasonably assure Defendant's appearance and the safety of the community.