**CONSENT TO VIDEO CONFERENCE**

I, _Gene Scott_____, as the defendant in the case captioned United States v.

_Gene Scott_____, Case No. _2:23-cr-42_, after being advised by counsel of my right to be physically

present during certain hearings and proceedings in this case, do hereby consent and request that those

hearings and proceedings be conducted by video conference, as indicated below.

___ Initial Appearance

___ Detention Hearing

___ Preliminary Hearing

_X_ Arraignment

DATED: ____3-8-23____

NAME: ____Gene Scott____

COUNSEL: ____Peter Scranton____          Per J. So  for Gene Scott
                                          by permission